**UNPUBLISHED**

**UNITED STATES COURT OF APPEALS**

**FOR THE FOURTH CIRCUIT**

REGINALD L. FRAZIER,
Petitioner-Appellant,

v.

No. 96-7891

J. B. FRENCH; LOFTIN,
Superintendent; MAUREEN MURRAY,
Respondents-Appellees.

REGINALD L. FRAZIER,
Petitioner-Appellant,

v.

No. 97-6270

J. B. FRENCH; LOFTIN,
Superintendent; MAUREEN MURRAY,
Respondents-Appellees.

Appeals from the United States District Court
for the Eastern District of North Carolina, at Raleigh.
Terrence W. Boyle, Chief District Judge.
(CA-95-463-5-BO)

Submitted: December 9, 1997

Decided: February 19, 1998

Before MURNAGHAN, ERVIN, and WILKINS, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

**COUNSEL**

Reginald L. Frazier, Appellant Pro Se. Clarence Joe DelForge, III, OFFICE OF THE ATTORNEY GENERAL OF NORTH CARO- LINA, Raleigh, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

_____

**OPINION**

PER CURIAM:

Reginald Frazier seeks to appeal the district court judgment in these two cases. In No. 96-7891 Frazier challenges the district court's grant of only partial relief in his petition for habeas corpus pursuant to 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997). In No. 97-6270, Frazier seeks to appeal the district court order denying his challenge to the state's compliance with the district court's order.

In No. 96-7891, we have reviewed Frazier's numerous claims regarding his contempt convictions by the Disciplinary Hearing Com- mission (DHC) of the North Carolina State Bar. In a lengthy and thor- ough opinion, the district court held that Frazier, who was sentenced to an aggregate of 480 days imprisonment, was denied his due process right to a jury trial or an appeal de novo before a jury. The court granted the writ of habeas corpus releasing Frazier from his convic- tion and sentence unless the DHC afforded him notice of his right to appeal to the state superior court within thirty days. The DHC com- plied, and Frazier noted his appeal. To the extent that Frazier's claims are not mooted by the relief afforded him by the district court, we hold that they entitle him to no further relief. In No. 97-6270, Frazier challenges the district court's denial of his post-judgment motion seeking further relief. We find no merit in this appeal.

In No. 96-7891, we deny Frazier's motions to appoint counsel, to expedite the appeal, for a stay of the district court's order pending

2

appeal, for "addendum and diminution of the record," and to vacate orders of restraint. We further deny his request for stay of orders of the North Carolina State Bar (styled Petition for Writ of Supersedeas), and his motion to vacate the district court's order pursuant to Fed. R. Civ. P. 60(b). We deny a certificate of probable cause to appeal and dismiss the appeal. In No. 97-6270, we deny Frazier's motions to proceed under the PLRA, to authorize transcripts at government expense, for expedited treatment, and to expedite the appeal. We deny a certificate of probable cause to appeal and dismiss the appeals. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

No. 96-7891 - <u>DISMISSED</u>
No. 97-6270 - <u>DISMISSED</u>